**Order entered February 2, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00938-CV

## IN RE L.C. AKA S.R.M., Relators

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-07925-Y**

## ORDER
Before Justices Myers, Molberg, and Goldstein

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We also **LIFT** our stay order issued on November 25, 2020.

/s/    LANA MYERS
       JUSTICE